UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| WILD WELL CONTROL, INC., and BLOWOUT TOOLS, INC. | ) ) ) |
| Plaintiffs, | ) Civil Action No. 3:09-cv-137 ) |
| v. | ) ) |
| WALDEN RESOURCES, L.L.C., | ) ) |
| Defendant. | ) ) ) |

## STIPULATED FINAL JUDGMENT

Based upon the consent of the parties and pursuant to FED. R. CIV. P. 41 and 54, the Court enters the following Stipulated Final Judgment:

**IT IS HEREBY ORDERED:**

1. Defendant, Walden Resources, L.L.C. ("Walden"), is liable for breaching its contracts with Wild Well Control, Inc. (Wild Well) in connection with services and/or equipment provided to Walden at the R.D. Parten # 5 well (the "Well") in Oliver Springs, Tennessee in March 2008.

2. Walden is liable to Wild Well for breaching the terms of the contracts by refusing to pay fees that are due and exigible to Wild Well after Wild Well performed services and/or provided equipment as agreed and after Wild Well submitted invoices for payment to Walden.

3. Walden is liable to Wild Well for the principal amount of $325,000, legal interest beginning March 30, 2009, all costs of this action and reasonable attorney's fees incurred

in connection with this action, including attorney's fees incurred in connection with collecting on this judgment, until the judgment is fully satisfied.

4. Walden is also liable for breaching its contracts with Blowout Tools, Inc. (Blowout) in connection with services and/or equipment provided to Walden at the R.D. Parten # 5 well (the "Well") in Oliver Springs, Tennessee in March 2008.

5. Walden is liable to Blowout for breaching the terms of the contracts by refusing to pay fees that are due and exigible to Blowout after Blowout performed the services as agreed and after Blowout submitted invoices for payment to Walden.

6. Walden is liable to Blowout for the principal amount of $25,000, legal interest beginning March 30, 2009, all costs of this action and reasonable attorney's fees incurred in connection with this action, including attorney's fees incurred in connection with collecting on this judgment, until the judgment is fully satisfied.

**IT IS FURTHER ORDERED** the following described Liens have expired and are hereby released:

> Notice of Lien filed on behalf of Wild Well Control Inc. in Anderson County Register of Deeds Office on July 7, 2008 and recorded in book / Page 483 / 1057-1062 as amended by Amendment of Notice of Lien dated August 12, 2008 recorded in book / page 1485/1969/1970.
>
> Notice of Lien filed on behalf of Blowout Tools, Inc. in Anderson County Register of Deeds Office on July 7, 2008 and recorded in Book / Page 1483/1063/1068 as amended by Amendment of Notice of Lien dated August 12, 2008 and recorded in Book / Page 1485/1971/1972.

**IT IS FURTHER ORDERED** that a certified copy by the Clerk of the Court of this pleading may be placed of record in the said Register's Office and shall constitute a

complete release of the above referenced instruments and further constitute entry of a Judgment Lien from a Court of record against the Defendant, Walden Resources, LLC.

**IT IS FURTHER ORDERED** that, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), this Court shall retain jurisdiction for purposes of construction and enforcement of this Stipulated Final Judgment, for consideration of all attorney fee applications. It is specifically agreed that the Judgment herein granted is solely against the Defendant, Walden Resources, LLC, and that the Plaintiff shall have no cause of action against any other persons arising out of the subject matter of this lawsuit.

*AGREED AND STIPULATED:*

WILD WELL CONTROL, INC. and BLOWOUT TOOLS, INC.

August 18, 09　　BY: R. Dale Bay  with permission
DATE　　　　　　　　R. Dale Bay　　BPR 10896
　　　　　　　　　　Leslie Curry-Johnson
　　　　　　　　　　LEWIS, KING, KRIEG & WALDROP, P.C.
　　　　　　　　　　424 CHURCH STREET, SUITE 1500
　　　　　　　　　　NASHVILLE, TN 37219
　　　　　　　　　　(865) 546-4646

WALDEN RESOURCES, L.L.C.

August 18, 09　　BY: _____
DATE　　　　　　　　George H. Buxton, Esq. BPR 800
　　　　　　　　　　Harold P. Cousins, Jr.
　　　　　　　　　　BUXTON LAW FIRM
　　　　　　　　　　31 East Tennessee Avenue
　　　　　　　　　　Oak Ridge, TN 37830
　　　　　　　　　　Telephone:　(865) 482-4920
　　　　　　　　　　Facsimile:　(865) 482-8690

**SO ORDERED**, this 19th day of Aug., 2009.

_____
Thomas W. Phillips
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF TENNESSEE

J:\JOYCE\Client\Potts\20818-Wild Well\20818-Stipulated Final Judgment 07 23 09 (2).doc